# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148928-9(63)

DOUGLAS LATHAM,
  Plaintiff-Appellee,

                SC: 148928

v                COA: 312141
                Oakland CC: 2004-059653-NO

BARTON MALOW COMPANY,
  Defendant-Appellant.
_____/

DOUGLAS LATHAM,
  Plaintiff-Appellee,

                SC: 148929

v                COA: 313606
                Oakland CC: 2004-059653-NO

BARTON MALOW COMPANY,
  Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2015


_____